# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Ryan Martin aka Jason R. Martin Amanda Gayle Martin aka Mandi Martin, aka Amanda G. Martin<br>Debtor(s) | BK NO. 25-00010 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
09 Jan 2025, 12:56:19, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322