United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-00010-HWV
Jason Ryan Martin  Chapter 13
Amanda Gayle Martin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 05, 2025     Form ID: ntnew341     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Ryan Martin, Amanda Gayle Martin, 34 Rockdale Dr., Seven Valleys, PA 17360-9634 |
| 5679947 | + | JASON RYAN MARTIN, AMANDA GAYLE MARTIN, 34 ROCKDALE DR., SEVEN VALLEYS, PA 17360-9634 |
| 5679969 | | PENN STATE HEALTH, P.O. BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 5679970 | + | PENN STATE HEALTH, 500 UNIVERSITY DRIVE, HERSHEY, PA 17033-2391 |
| 5679949 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5679973 | + | SPRINGFIELD TWP YORK CO. SEWER AUTH, P O BOX 75, SEVEN VALLEYS, PA 17360-0075 |
| 5679975 | | UPMC PHYSICIAN SERVICES, 417 BRIDGE STREET, DANVILLE, VA 24541-1403 |
| 5679977 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK, ATTN: BANKRUPTCY DEPT, PO BOX 1950, ST PAUL, MN 55101 |
| 5679978 | | WELLSPAN PHYSICIAN BILLING, P.O. BOX 742641, CINCINNATI, OH 45274-2642 |
| 5679979 | + | WELLSPAN PHYSICIAN BILLING SERVICES, 1803 MT. ROSE AVE., SUITE B3, YORK, PA 17403-3051 |
| 5679953 | + | YORK ADAMS TAX CLAIM BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2025 18:46:42 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5679954 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 05 2025 18:46:24 | AFFIRM, INC, 30 ISABELLA STREET, PITTSBURGH, PA 15212-5862 |
| 5679955 | ^ | MEBN | Feb 05 2025 18:34:03 | AFTERPAY, 760 MARKET STREET, FLOOR 2, SAN FRANCISCO, CA 94102-2402 |
| 5679956 | + | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 18:46:42 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5679952 | + | Email/Text: lnelson@arcmgmt.com | Feb 05 2025 18:37:00 | ARC MANAGEMENT, 1825 BARRETT LAKES BLVD., SUITE 505, KENNESAW, GA 30144-7570 |
| 5687505 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 18:46:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5679957 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2025 18:46:21 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5679958 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 05 2025 18:46:21 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5679960 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2025 18:37:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |

| Recipient ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5679961 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 05 2025 18:37:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5684725 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2025 18:46:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5679948 | + | Email/Text: hrohrbaugh@cgalaw.com | Feb 05 2025 18:37:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5679962 | + | Email/Text: EBN@edfinancial.com | Feb 05 2025 18:37:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5679950 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2025 18:37:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5679963 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 05 2025 18:37:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5679959 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2025 18:46:22 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, MONROE, LA 71203 |
| 5679964 | | Email/Text: customerservice.us@klarna.com | Feb 05 2025 18:37:00 | KLARNA INC, 629 N. HIGH STREET SUITE 300, COLUMBUS, OH 43215 |
| 5679965 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2025 18:37:00 | KOHL'S, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5679966 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 05 2025 18:37:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5679967 | + | Email/Text: recovery@paypal.com | Feb 05 2025 18:37:00 | PAYPAL, LEGAL DEPT., 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 5679968 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2025 18:46:42 | PAYPAL / SYNCHRONY BANK, P. O. BOX 5138, TIMONIUM, MD 21094-5138 |
| 5679951 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2025 18:37:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5679971 | + | Email/PDF: ebnotices@pnmac.com | Feb 05 2025 18:46:24 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5683940 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2025 18:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5679972 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2025 18:37:00 | SANTANDER CONSUMER USA, INC, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5679974 | ^ | MEBN | Feb 05 2025 18:33:52 | UPMC HEALTH SERVICES, PO BOX 371472, PITTSBURGH, PA 15250-7472 |
| 5679976 | + | Email/Text: LCI@upstart.com | Feb 05 2025 18:37:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5684866 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 05 2025 18:46:02 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5682237 | + | Email/Text: EBN@edfinancial.com | Feb 05 2025 18:37:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5681933 | ^ | MEBN | Feb 05 2025 18:33:53 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5685122 | | Email/Text: bankruptcynotification@wellspan.org | | |

| | | | |
|---|---|---|---|
| | | Feb 05 2025 18:37:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5679981 | Email/Text: kcm@yatb.com | Feb 05 2025 18:37:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |
| 5679980 | + Email/Text: kcm@yatb.com | Feb 05 2025 18:37:00 | YORK ADAMS TAX BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Amanda Gayle Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Jason Ryan Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Ryan Martin,
aka Jason R. Martin,

Chapter 13

**Debtor 1**

Case No. 1:25−bk−00010−HWV

Amanda Gayle Martin,
aka Mandi Martin, aka Amanda G. Martin,

**Debtor 2**

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: March 13, 2025<br><br>Time: 11:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 5, 2025 |

ntnew341 (09/23)