United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason Ryan Martin  
Amanda Gayle Martin  
    Debtors

Case No. 25-00010-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Mar 13, 2025      Form ID: ntcnfhrg      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Ryan Martin, Amanda Gayle Martin, 34 Rockdale Dr., Seven Valleys, PA 17360-9634 |
| 5679947 | + | JASON RYAN MARTIN, AMANDA GAYLE MARTIN, 34 ROCKDALE DR., SEVEN VALLEYS, PA 17360-9634 |
| 5679970 | + | PENN STATE HEALTH, 500 UNIVERSITY DRIVE, HERSHEY, PA 17033-2391 |
| 5679969 | | PENN STATE HEALTH, P.O. BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 5679949 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5679973 | + | SPRINGFIELD TWP YORK CO. SEWER AUTH, P O BOX 75, SEVEN VALLEYS, PA 17360-0075 |
| 5679975 | | UPMC PHYSICIAN SERVICES, 417 BRIDGE STREET, DANVILLE, VA 24541-1403 |
| 5679977 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK, ATTN: BANKRUPTCY DEPT, PO BOX 1950, ST PAUL, MN 55101 |
| 5679978 | | WELLSPAN PHYSICIAN BILLING, P.O. BOX 742641, CINCINNATI, OH 45274-2642 |
| 5679979 | + | WELLSPAN PHYSICIAN BILLING SERVICES, 1803 MT. ROSE AVE., SUITE B3, YORK, PA 17403-3051 |
| 5679953 | + | YORK ADAMS TAX CLAIM BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2025 18:59:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5679954 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 13 2025 18:46:49 | AFFIRM, INC, 30 ISABELLA STREET, PITTSBURGH, PA 15212-5862 |
| 5679955 | ^ | MEBN | Mar 13 2025 18:40:10 | AFTERPAY, 760 MARKET STREET, FLOOR 2, SAN FRANCISCO, CA 94102-2402 |
| 5679956 | + | Email/PDF: bncnotices@becket-lee.com | Mar 13 2025 19:00:03 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5679952 | + | Email/Text: lnelson@arcmgmt.com | Mar 13 2025 18:45:00 | ARC MANAGEMENT, 1825 BARRETT LAKES BLVD., SUITE 505, KENNESAW, GA 30144-7570 |
| 5687505 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2025 18:59:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5679957 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 18:59:34 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5679958 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 13 2025 18:46:06 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5679959 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2025 18:46:45 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, MONROE, LA 71203-4774 |

| | | | | |
|---|---|---|---|---|
| 5679960 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2025 18:44:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5679961 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 13 2025 18:44:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5684725 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2025 18:46:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5679948 | + | Email/Text: hrohrbaugh@cgalaw.com | Mar 13 2025 18:44:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5679962 | + | Email/Text: EBN@edfinancial.com | Mar 13 2025 18:44:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5694615 | + | Email/Text: POC@lawmoss.com | Mar 13 2025 18:44:00 | EMVLP II LLC, Moss & Barnett SED, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4129 |
| 5679950 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2025 18:44:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5695093 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2025 18:45:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5679963 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2025 18:45:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5679964 | | Email/Text: customerservice.us@klarna.com | Mar 13 2025 18:44:00 | KLARNA INC, 629 N. HIGH STREET SUITE 300, COLUMBUS, OH 43215 |
| 5679965 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2025 18:44:00 | KOHL'S, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5679966 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 13 2025 18:44:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5679967 | + | Email/Text: recovery@paypal.com | Mar 13 2025 18:44:00 | PAYPAL, LEGAL DEPT., 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 5679968 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 19:00:19 | PAYPAL / SYNCHRONY BANK, P. O. BOX 5138, TIMONIUM, MD 21094-5138 |
| 5679951 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2025 18:44:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5679971 | + | Email/PDF: ebnotices@pnmac.com | Mar 13 2025 19:00:19 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5693283 | + | Email/PDF: ebnotices@pnmac.com | Mar 13 2025 18:46:50 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5694235 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2025 18:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5694234 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2025 18:44:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5683940 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2025 18:45:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5679972 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2025 18:45:00 | SANTANDER CONSUMER USA, INC, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |

| District/off: 0314-1 | User: AutoDocke | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: ntcnfhrg | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 5694614 | + | Email/Text: POC@lawmoss.com | Mar 13 2025 18:44:00 | Sarah Doerr, Moss & Barnett SED, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4129 |
| 5679974 | ^ | MEBN | Mar 13 2025 18:39:30 | UPMC HEALTH SERVICES, PO BOX 371472, PITTSBURGH, PA 15250-7472 |
| 5679976 | + | Email/Text: LCI@upstart.com | Mar 13 2025 18:44:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5684866 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 13 2025 18:46:31 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5682237 | + | Email/Text: EBN@edfinancial.com | Mar 13 2025 18:44:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5693618 | | Email/Text: BNCnotices@dcmservices.com | Mar 13 2025 18:44:00 | University of Maryland Medical System, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5681933 | ^ | MEBN | Mar 13 2025 18:39:33 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5685122 | | Email/Text: bankruptcynotification@wellspan.org | Mar 13 2025 18:44:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5679981 | | Email/Text: kcm@yatb.com | Mar 13 2025 18:44:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |
| 5679980 | + | Email/Text: kcm@yatb.com | Mar 13 2025 18:44:00 | YORK ADAMS TAX BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Amanda Gayle Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | |

Case 1:25-bk-00010-HWV    Doc 21    Filed 03/15/25    Entered 03/16/25 00:25:28    Desc
Imaged Certificate of Notice    Page 3 of 5

|  | on behalf of Debtor 1 Jason Ryan Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Ryan Martin,
aka Jason R. Martin,

**Debtor 1**

Amanda Gayle Martin,
aka Mandi Martin, aka Amanda G. Martin,

**Debtor 2**

Chapter 13

Case No. 1:25−bk−00010−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 9, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 16, 2025<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 13, 2025 |

ntcnfhrg (08/21)