UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JASON RYAN MARTIN
JASON R. MARTIN
AMANDA GAYLE MARTIN
AMANDA G. MARTIN, MANDI
MARTIN                                       CHAPTER 13
      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant                          CASE NO: 1-25-00010-HWV
vs.
JASON RYAN MARTIN
JASON R. MARTIN
AMANDA GAYLE MARTIN
AMANDA G. MARTIN, MANDI
MARTIN
      Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 6, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

    Respectfully submitted,

    /s/ Douglas R. Roeder, Esquire
    ID: 80016
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
                    FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   JASON RYAN MARTIN
         JASON R. MARTIN
         AMANDA GAYLE MARTIN
         AMANDA G. MARTIN, MANDI
         MARTIN                                      CHAPTER 13
                    Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                    Movant                           CASE NO: 1-25-00010-HWV
         vs.
         JASON RYAN MARTIN
         JASON R. MARTIN
         AMANDA GAYLE MARTIN
         AMANDA G. MARTIN, MANDI
         MARTIN
                    Respondent(s)


                                        **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

   Sylvia H. Rambo United States Courthouse         Date:   June 11, 2025
   Bankruptcy Courtroom 4B, 4th Floor               Time:   09:35 AM
   1501 North 6th Street
   Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3450.00**
   **AMOUNT DUE FOR THIS MONTH: $1150.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $4600.00**

   **NOTE:**
   **ALL** payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail** mail to**:**

CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: May 6, 2025

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  JASON RYAN MARTIN
JASON R. MARTIN
AMANDA GAYLE MARTIN
AMANDA G. MARTIN, MANDI
MARTIN  CHAPTER 13
       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
       Movant  CASE NO: 1-25-00010-HWV
vs.
JASON RYAN MARTIN
JASON R. MARTIN
AMANDA GAYLE MARTIN
AMANDA G. MARTIN, MANDI
MARTIN
       Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 6, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK PA 17401-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

Served by First Class Mail

JASON RYAN MARTIN
AMANDA GAYLE MARTIN
34 ROCKDALE DR
SEVEN VALLEYS PA 17360

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 6, 2025

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JASON RYAN MARTIN
AKA: JASON R. MARTIN
AMANDA GAYLE MARTIN
AKA: AMANDA G. MARTIN, MANDI
MARTIN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-25-00010-HWV

vs.
JASON RYAN MARTIN
AKA: JASON R. MARTIN
AMANDA GAYLE MARTIN
AKA: AMANDA G. MARTIN, MANDI
MARTIN

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.