In re:  
Jason Ryan Martin  
Amanda Gayle Martin  
    Debtors

Case No. 25-00010-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Sep 03, 2025     Form ID: pdf010     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Ryan Martin, Amanda Gayle Martin, 34 Rockdale Dr., Seven Valleys, PA 17360-9634 |
| 5679947 | + | JASON RYAN MARTIN, AMANDA GAYLE MARTIN, 34 ROCKDALE DR., SEVEN VALLEYS, PA 17360-9634 |
| 5679969 | | PENN STATE HEALTH, P.O. BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 5679970 | + | PENN STATE HEALTH, 500 UNIVERSITY DRIVE, HERSHEY, PA 17033-2391 |
| 5679949 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5679973 | + | SPRINGFIELD TWP YORK CO. SEWER AUTH, P O BOX 75, SEVEN VALLEYS, PA 17360-0075 |
| 5698815 | + | Springfield Township Sewer Authority, PO Box 75, Seven Valleys, PA 17360-0075 |
| 5679975 | | UPMC PHYSICIAN SERVICES, 417 BRIDGE STREET, DANVILLE, VA 24541-1403 |
| 5679977 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK, ATTN: BANKRUPTCY DEPT, PO BOX 1950, ST PAUL, MN 55101 |
| 5679978 | | WELLSPAN PHYSICIAN BILLING, P.O. BOX 742641, CINCINNATI, OH 45274-2642 |
| 5679979 | + | WELLSPAN PHYSICIAN BILLING SERVICES, 1803 MT. ROSE AVE., SUITE B3, YORK, PA 17403-3051 |
| 5679953 | + | YORK ADAMS TAX CLAIM BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2025 18:41:12 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bk@szjlaw.com | Sep 03 2025 18:39:00 | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 5679954 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 03 2025 18:41:13 | AFFIRM, INC, 30 ISABELLA STREET, PITTSBURGH, PA 15212-5862 |
| 5679955 | ^ | MEBN | Sep 03 2025 18:37:59 | AFTERPAY, 760 MARKET STREET, FLOOR 2, SAN FRANCISCO, CA 94102-2402 |
| 5679956 | + | Email/PDF: bncnotices@becket-lee.com | Sep 03 2025 18:41:28 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5679952 | + | Email/Text: lnelson@arcmgmt.com | Sep 03 2025 18:40:00 | ARC MANAGEMENT, 1825 BARRETT LAKES BLVD., SUITE 505, KENNESAW, GA 30144-7570 |
| 5687505 | | Email/PDF: bncnotices@becket-lee.com | Sep 03 2025 18:41:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5679957 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 18:41:28 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5679958 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 03 2025 18:41:37 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | TX 75024-2302 |
| 5679959 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2025 18:41:15 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, MONROE, LA 71203-4774 |
| 5679960 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2025 18:40:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5679961 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 03 2025 18:39:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5684725 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2025 18:41:28 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5679948 | + | Email/Text: hrohrbaugh@cgalaw.com | Sep 03 2025 18:40:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5679962 | + | Email/Text: EBN@edfinancial.com | Sep 03 2025 18:39:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5694615 | + | Email/Text: POC@lawmoss.com | Sep 03 2025 18:39:00 | EMVLP II LLC, Moss & Barnett SED, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4129 |
| 5679950 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2025 18:39:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5695093 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2025 18:40:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5679963 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2025 18:40:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5679964 | | Email/Text: customerservice.us@klarna.com | Sep 03 2025 18:39:00 | KLARNA INC, 629 N. HIGH STREET SUITE 300, COLUMBUS, OH 43215 |
| 5679965 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 18:41:28 | KOHL'S, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5679966 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 03 2025 18:39:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5679967 | + | Email/Text: recovery@paypal.com | Sep 03 2025 18:39:00 | PAYPAL, LEGAL DEPT., 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 5679968 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2025 18:41:28 | PAYPAL / SYNCHRONY BANK, P. O. BOX 5138, TIMONIUM, MD 21094-5138 |
| 5679951 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2025 18:40:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5679971 | + | Email/PDF: ebnotices@pnmac.com | Sep 03 2025 18:51:54 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5693283 | + | Email/PDF: ebnotices@pnmac.com | Sep 03 2025 18:51:54 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5694235 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2025 18:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5694234 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2025 18:40:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5683940 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 03 2025 18:40:00 | SANTANDER CONSUMER USA, P.O. Box |

| Recipient | | Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | 560284, Dallas, TX 75356-0284 |
| 5679972 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 03 2025 18:40:00 | SANTANDER CONSUMER USA, INC, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5694614 | + | Email/Text: POC@lawmoss.com | Sep 03 2025 18:39:00 | Sarah Doerr, Moss & Barnett SED, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4129 |
| 5679974 | ^ | MEBN | Sep 03 2025 18:37:50 | UPMC HEALTH SERVICES, PO BOX 371472, PITTSBURGH, PA 15250-7472 |
| 5679976 | + | Email/Text: LCI@upstart.com | Sep 03 2025 18:39:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5684866 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 03 2025 18:41:38 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5682237 | + | Email/Text: EBN@edfinancial.com | Sep 03 2025 18:39:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5693618 | | Email/Text: BNCnotices@dcmservices.com | Sep 03 2025 18:39:00 | University of Maryland Medical System, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5681933 | ^ | MEBN | Sep 03 2025 18:37:52 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5696255 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2025 18:41:27 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5685122 | | Email/Text: bankruptcynotification@wellspan.org | Sep 03 2025 18:40:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5679981 | | Email/Text: kcm@yatb.com | Sep 03 2025 18:39:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |
| 5679980 | + | Email/Text: kcm@yatb.com | Sep 03 2025 18:39:00 | YORK ADAMS TAX BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Amanda Gayle Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Jason Ryan Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Stephanie Walczak | on behalf of Creditor PENNYMAC LOAN SERVICES LLC swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason Ryan Martin
Amanda Gayle Martin

Debtors.

Case No. 1:25-bk-00010-HWV
Chapter 13

## ORDER

Upon consideration of the Motion filed by the Debtors seeking to have their Chapter 13 case voluntarily dismissed, Doc. 59, it is

**ORDERED** that the Motion is **GRANTED** and the Debtors' case is **DISMISSED**. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 3, 2025